UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U<span/>NITED S<span/>TATES OF A<span/>MERICA,

    Plaintiff,

v.

N<span/>ATHAN R<span/>AY F<span/>ITZ,

    Defendant.
_____/

Case No.: 1:07-cr-164

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #37) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the defendant's conditions of supervision are modified as follows:

**The defendant shall participate in home confinement/curfew with electronic monitoring until further order of the court, as arranged by the probation officer. During this time, the defendant is restricted to his place of residence every day from 10:00 p.m. to 7:00 a.m., unless excused by the probation officer. The defendant shall maintain a telephone at his place of residence without any call forwarding, caller ID, call waiting,**

**modems, answering machines, cordless telephones, or other special services for the above period. The defendant shall wear an electronic device, shall observe the program rules, and shall pay the costs of electronic monitoring, as directed by the probation officer.**


Dated:  September 13, 2010              /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge